UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK MANUEL HERNANDEZ,<br><br>                     Plaintiff,<br>    v.<br><br>PERRY RUSSELL, et al.,<br><br>                     Defendants. | 3:20-cv-00114-MMD-CSD<br><br>**ORDER** |

       On May 27, 2022, the court issued its order denying Plaintiff's motion for subpoenas and ordering defense counsel to file a notice addressing Plaintiff's contention that he was only given a summary of the Investigator General's report and addressing Plaintiff's contention that he was not given witness names. (ECF No. 60.)

       On June 3, 2022, defense counsel filed a Notice of Compliance advising that a complete copy of the Investigation Detail report dated February 2, 2019, was provided to Plaintiff on Friday, April 29, 2022, and that "other inmate names and identification numbers were redacted for reasons of inmate confidentiality." (ECF No. 61.)

       On June 9, 2022, Plaintiff filed an Opposition to Defendant's Notice of Compliance. (ECF No. 65.)  Plaintiff claims the Investigator General's report "does not concern the attack or use of force of Lennon and Craig upon Hernandez" and that the report "concerns another inmate who was shaving in his cell when he was attacked with the use of a laser pointer. This report focuses on the events that transpired on the North side of Unit 4-B, (yet at the same time events were happening on the South side involving Hernandez)." (*Id.* at 3.)

1. **IT IS HEREBY ORDERED** that on or before **Friday, June 17, 2022**, Defendant shall submit an unredacted version of the Investigator General's report *in camera* for the court's review.

2. **IT IS FURTHER ORDERED** that the Courtroom Administrator shall schedule a hearing as soon as the court's calendar will accommodate it.

DATED:  June 13, 2022.



_____
UNITED STATES MAGISTRATE JUDGE