UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK MANUEL HERNANDEZ, | Case No. 3:20-cv-00114-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Frank Manuel Hernandez brings this action pursuant to 42 U.S.C. § 1983 against Defendant correctional officers Steve Lennon and David Cregg.[1] The complaint in this action was filed on March 3, 2021. (ECF No. 8.) The Nevada Attorney General did not accept service on behalf of Lennon, as he was no longer employed by the Nevada Department of Corrections. (ECF No. 16, 19.) The Court then directed the U.S. Marshal to serve the summons on Lennon at his last known address, but the summons was returned unexecuted (ECF Nos. 19, 20, 22.) The Court twice sought an updated address from the Attorney General, but no other address for Lennon was on file. (ECF Nos. 30, 31, 36, 37.)

The Court issued a notice of intent to dismiss Lennon pursuant to Rule 4(m) if proof of service was not filed by February 3, 2022. (ECF No. 40.) Hernandez then requested service by publication (ECF No. 43), which the Court denied (ECF No. 46). The Court stayed the dismissal for 45 days to give Hernandez a final chance to complete service or to file a renewed motion for service by publication with the necessary information. (ECF No. 46.) Hernandez did not file proof of service and did not supply the Court with the required information for service by publication. Accordingly, the Court dismissed Lennon without prejudice on March 25, 2022. (ECF No. 49.)

---

[1] The other named Defendants have since been dismissed.

After the Court dismissed Lennon, Hernandez filed a notice explaining that he had not received the Court's order denying his motion for service by publication, and therefore was unaware that he was required to serve Lennon within the 45-day deadline. (ECF No. 50.) Hernandez later reframed this notice as a motion for reconsideration. (ECF No. 63.) On July 7, 2022, U.S. Magistrate Judge Craig S. Denney set a hearing on Hernandez's motion, and at the hearing the Nevada Attorney General confirmed that there was delay in Hernandez receiving the court's prior order. (ECF No. 76 at 4.) Hernandez further explained that he had taken steps to locate Lennon and effect proper service. (*Id.*)

Following the hearing, Judge Denney recommended that the Court reinstate Lennon and grant Hernandez 60 days to serve Lennon. (ECF No. 76 ("R&R").) The Court agrees that under the circumstances, an extension of time is warranted. Moreover, any prejudice that Defendants may experience is outweighed by the Court's interest in resolving claims on the merits and avoiding dismissal when Hernandez—an incarcerated, indigent, *pro se* litigant—did not timely receive notice that Lennon was subject to dismissal.[2] Hernandez has diligently prosecuted this case and has made several attempts to locate Lennon. Accordingly, the Court will give Hernandez a final chance to file proper proof of service within 60 days from the entry of this order, his claims may proceed against Lennon. Otherwise, the Court will dismiss Lennon without prejudice.

It is therefore ordered that the Report and Recommendation (ECF No. 76) is adopted in its entirety.

It is further ordered that Hernandez's motion for reconsideration (ECF No. 63) is granted.

It is further ordered that the order dismissing Steve Lennon (ECF No. 49) for lack of proof of service is withdrawn.

The Clerk of Court is directed to reinstate Steve Lennon as a defendant.

///

---

[2] Even assuming that defense counsel would file an objection to the R&R, the Court would agree with Judge Denney's conclusions under a de novo review. The Court further notes that Defendants filed no response to Hernandez's motion for reconsideration.

It is further ordered that Hernandez is granted 60 days to serve Steve Lennon. If Hernandez fails to file proof of service for Steve Lennon within 60 days of the entry of this order, the Court will dismiss Steve Lennon without prejudice.

DATED THIS 13th Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE