UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANK M. HERNANDEZ,

    Plaintiff

v.

PERRY RUSSELL, et al.,

    Defendants

Case No.: 3:20-cv-00114-MMD-CSD

**Order**

Re: ECF Nos. 100, 101

    Plaintiff has filed a motion seeking the issuance of a summons for service on defendant Lennon, so Plaintiff can attempt to serve Lennon through a private process server. (ECF No. 101.) Plaintiff also objects to the court's order denying his previous request for a summons to serve Lennon. (ECF No. 100.)

    Plaintiff's motion for a summons (ECF No. 101) is **GRANTED**. The Clerk shall **ISSUE** a summons for Lennon and send it to Plaintiff so that he may attempt service on Lennon; however, Plaintiff is reminded that the deadline to file a proof of service for Lennon is **December 21, 2022**. (*See* ECF No. 97.) Plaintiff must file a proof of service for Lennon on or before **December 21, 2022**, or Lennon will be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). In light of the court's order, Plaintiff's objection (ECF No. 100) to the court's previous order is **MOOT**.

**IT IS SO ORDERED**.

Dated: December 2, 2022

                                                                                                      _____
                                                                                                      Craig S. Denney
                                                                                                      United States Magistrate Judge