# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PERRY RUSSELL, et al.,<br><br>    Defendants. | Case No.: 3:20-cv-00114-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 107 |

Before the court is Defendant's Motion to Stay, Modify, or Extend the Dispositive Motion Deadline (ECF No. 107).  Defendant requests the court modify the dispositive motion deadline considering Plaintiff's success in serving Defendant Steve Lennon (ECF No. 106).

Good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Motion to Stay, Modify, or Extend the Dispositive Motion Deadline (ECF No. 107) is **<u>GRANTED</u>** to the extent that the scheduling order deadlines set forth in the court's order (ECF No. 84) are **stayed**.

 **IT IS FURTHER ORDERED** that Defendant shall file a status report on or before **Tuesday, January 17, 2023**, advising the court and Plaintiff if the Attorney General's Office will represent Defendant Steve Lennon.

Dated: December 21, 2022.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE